**Order entered September 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00633-CV

**THOMAS J. ELLIS, Appellant**

**V.**

**THE RENAISSANCE ON TURTLE CREEK
CONDOMINIUM ASSOCIATION, INC., Appellee**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-13-01827-C**

## ORDER

The Court has before it appellant's September 20, 2013 motion to extend time to file corrected brief. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellant on September 24, 2013 be timely filed as of today's date.

/s/      ELIZABETH LANG-MIERS
JUSTICE